**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6247**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICKY DOUGLAS CRAWFORD, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:14-cr-00138-WO-1)

_____

Submitted:  June 25, 2024                                    Decided:  June 28, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ricky Douglas Crawford, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Douglas Crawford, Jr., appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against Crawford's release or by denying Crawford's motion to appoint counsel. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review for denial of compassionate release); *Miller v. Simmons*, 814 F.2d 962, 966 (4th Cir. 1987) (stating standard of review for denial of motion to appoint counsel). Accordingly, we grant Crawford's motion to file a supplemental informal brief, and we affirm the district court's order. *United States v. Crawford*, No. 1:14-cr-00138-WO-1 (M.D.N.C. Feb. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2